AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Demarius Hoyle<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.   1:26-mj-121<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 8, 2026 _____ in the county of _____ Ingham _____ in the _____ Western _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); (b)(1)(B)(i), (ii), and (iii); and (b)(1)(C) | Possession with intent to distribute controlled substances; |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

_____
*Complainant's signature*

Eric Falletich, DEA Special Agent
*Printed name and title*

Date:  3/20/2026

_____
*Judge's signature*

City and state:   Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*